752

Charles Hilmer NEEL, Appellant, v. UNITED STATES of America.

No. 14737.

United States Court of Appeals
Eighth Circuit.

Feb. 5, 1953.

Charles Hilmer Neel, pro se.

Sam M. Wear, U. S. Atty., and Hugh A. Miner, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

Stanley Dale SYDOW, Appellant, v. UNITED STATES of America.

No. 14730.

United States Court of Appeals
Eighth Circuit.

Feb. 4, 1953.

Fyke Farmer, Nashville, Tenn., and Thomas P. Kelley, Omaha, Neb., for appellant.

Joseph T. Votava, U. S. Atty., and Edward J. Tangney, Asst. U. S. Atty., Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and motion of appellant pro se.

Mrs. Mattie Lou SHULTZ, Appellant, v. LION OIL COMPANY.

No. 14700.

United States Court of Appeals
Eighth Circuit.

Feb. 26, 1953.

Mattie Lou Shultz, pro se.

Jeff Davis, B. L. Allen and Sam Pickard, Jr., El Dorado, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 106 F.Supp. 119, dismissed, on notice of dismissal of appeal by appellant.

Eddie THOMAS, Appellant, v. UNITED STATES of America, Appellee.

No. 14256.

United States Court of Appeals
Fifth Circuit.

April 2, 1953.

No appearance entered on behalf of appellant.

Ernest L. Duhaime and Fred Botts, Assts. U. S. Atty., Miami, Fla., for appellee.

Before BORAH, RUSSELL and STRUM, Circuit Judges.

PER CURIAM.
Judgment affirmed.